

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-18-00490-CR
No. 02-18-00491-CR
No. 02-18-00492-CR
No. 02-18-00493-CR
No. 02-18-00494-CR
No. 02-18-00495-CR

_____

IVERY KNOX PHILLIPS, Appellant

V.

THE STATE OF TEXAS

On Appeal from the 371st District Court
Tarrant County, Texas
Trial Court Nos. 1546453D, 1544736R, 1544741R, 1544740R, 1544738R, 1544737R

Before Womack, J.; Sudderth, C.J.; and Gabriel J.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

Appellant Ivery Knox Phillips attempts to appeal from his convictions and six twenty-year concurrent sentences[1] for theft in the amount of more than $2,500 but less than $30,000. *See* Tex. Penal Code Ann. § 31.03.

In these cases, the trial court signed certifications of Phillips's right to appeal. The certifications state that each case is "a plea-bargain case, and [Phillips] has NO right of appeal." Phillips and his trial counsel signed the certifications. Nonetheless, Phillips filed pro se notices of appeal.

On November 15, 2018, we sent a letter to Phillips informing him of the statements in the certifications, and we explained that unless he filed a response showing grounds for continuing the appeals by November 26, 2018, the appeals could be dismissed. *See* Tex. R. App. P. 25.2(a)(2), (d), 44.3. Phillips has not responded to our letter. Thus, in accordance with the trial court's certifications that Phillips has no right to appeal, we dismiss the appeals. *See* Tex. R. App. P. 25.2(d), 43.2(f); *Chavez v. State*, 183 S.W.3d 675, 680 (Tex. Crim. App. 2006).

Per Curiam

Do Not Publish
Tex. R. App. P. 47.2(b)

Delivered: April 11, 2019

---

[1]The trial court's judgments also reflect that Phillips pleaded "True" to the indictments' enhancement paragraphs.